364 A.2d 266
**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Foster Lee TARVER, Appellant.**

Supreme Court of Pennsylvania.

Submitted May 3, 1976.

Decided Oct. 8, 1976.

William Saye, Philadelphia, for appellant.

Marion E. MacIntyre, Second Asst. Dist. Atty., Harrisburg, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## ORDER OF THE COURT

PER CURIAM:

Order affirmed.